IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, the STATE OF GEORGIA, THE STATE OF IOWA, THE STATE OF INDIANA, THE STATE OF MINNESOTA, THE STATE OF OKLAHOMA, and THE STATE OF TEXAS, *ex rel.* MATTHEW CIESZYNSKI, | ) ) ) ) ) ) ) ) | Case No. 13-cv-04052  Hon. Sidney Schenkier |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| LIFEWATCH SERVICES, INC., | ) ) | |
| Defendant. | ) | |

**Joint Status Report of Relator and LifeWatch Regarding Settlement Approval Process**

Plaintiff-Relator Matthew Cieszynski and Defendant LifeWatch Services, Inc. respectfully submit a status report regarding the settlement approval process in this case, in advance of the March 1, 2017 status conference. As described below, the Department of Justice has now approved the parties' settlement, and the review by the relevant states is in progress.

1.      The Department of Justice has approved the parties' settlement. The parties have signed a final settlement agreement, and Relator has signed a separate relator's share agreement with the Department of Justice. LifeWatch will pay the amount owed for the federal portion of the settlement by March 3, and the parties will file a motion to dismiss the federal claims – Counts I and II in the Amended Complaint – with prejudice shortly after that payment is made.

2.      Representatives from Texas and Oklahoma have also been in contact with the parties regarding the claims involving state Medicaid programs, and they are coordinating the efforts of four states: Iowa, Indiana, Oklahoma, and Texas. Now that the federal government has approved the settlement, the representatives of Texas and Oklahoma will be recommending that those four states also approve the settlement with respect to claims regarding the state Medicaid programs. If they

approve the settlement, Iowa, Indiana, Oklahoma, and Texas will each enter into a separate settlement agreement with LifeWatch, which will address the timing and scope of their agreement regarding the dismissal of the claims with respect to each of those states. The representatives from Texas and Oklahoma have indicated that this approval process may take up to 90 days.

3.      The representatives from Texas and Oklahoma have also indicated that due to lack of claims for payment by LifeWatch, Georgia and Minnesota will not be participating in the settlement. Therefore, simultaneous with this status report, the parties are filing a motion to dismiss the claims brought on behalf of those states – Counts III, IV, IX, and X in the Amended Complaint – with prejudice with respect to the Relator, and without prejudice with respect to the states themselves.

Respectfully submitted,

/s/ Scott Rauscher
Michael Kanovitz
Jon Loevy
Scott Rauscher
LOEVY & LOEVY
312 North May Street, Suite 100
Chicago, IL 60607
Phone: (312) 243-5900
Fax:  (312) 243-5902
*Attorneys for Plaintiff/Relator*

Respectfully submitted,

/s/ Patric Hooper
Patric Hooper
Hooper, Lundy & Bookman, P.C.
1875 Century Park East
Suite 1600
Los Angeles, CA 90067
T: 310.551.8165
*Attorneys for Defendant LifeWatch*