UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

United States of America, et al.

                                  Plaintiff,

v.                                   Case No.: 1:13−cv−04052
                                                                     Honorable Sidney I. Schenkier

LifeWatch Services, Inc.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 28, 2017:

      MINUTE entry before the Honorable Sidney I. Schenkier: The Court has reviewed the joint status report (doc. #[107]), which reports that the Department of Justice has approved the settlement of the federal claims; that two states (Georgia and Minnesota) have elected not to participate in the settlement; and that four states (Indiana, Iowa, Oklahoma and Texas) are in the process of considering approval of the settlement as it pertains to those states, a process that may take up to 90 days. As a result, we grant plaintiff−relator's and defendant's agreed motion to dismiss Counts III, IV, IX and X (doc. #[108]); no appearance on the motion is required. We dismiss those counts with prejudice as to the relator, and without prejudice as to the States of Georgia and Minnesota. The status hearing with the magistrate judge set for 3/01/17 is RESET to 6/20/17 at 8:30 a.m. Mailed notice. (jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.